**ANDERSON BANTA CLARKSON** PLLC
48 NORTH MACDONALD
MESA, ARIZONA 85201
TELEPHONE (480) 788-3053

Adam C. Anderson/024314
Attorney for Plaintiff, Summer Timmerman

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
### TUCSON DIVISION

| | |
|---|---|
| SUMMER TIMMERMAN,<br><br>  Plaintiff,<br><br>vs.<br><br>THE HAMILTON LAW ASSOCIATION, P.A.,<br><br>  Defendant, | Case No.:  4:16-cv-00623-DCB |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO SETTLEMENT

NOW COMES the Plaintiff, SUMMER TIMMERMAN, by and through her attorneys, ANDERSON BANTA CLARKSON PLLC, and for her Notice of Voluntary Dismissal, Plaintiff states as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses her case pursuant to a settlement agreement reached by the parties.

2. The Defendant in this case has filed neither an answer to Plaintiff's complaint nor a motion for summary judgment.

3. Plaintiff requests that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

**ANDERSON BANTA CLARKSON PLLC**

By /s Adam C. Anderson
Adam C. Anderson
48 North MacDonald Street
Mesa, AZ  85201
Attorney for Plaintiff, Summer Timmerman